UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TERRELL CROSS,

        Plaintiff,

  v.

D.K. SISTO et al,

        Defendant.
                                     /

Case Number: CV07-03941 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terrell Cross
T-88155/ 3-230L
Solano State Prison
PO Box 4000
Vacaville, CA 95696

Attorney General's Office
455 Golden Gate Ave
San Francisco, CA 94102

Dated: August 28, 2007

                                    Richard W. Wieking, Clerk
                                    By: D. Toland, Deputy Clerk