EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
DORIAN JUNG
Deputy Attorney General
State Bar No. 200116
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1342
  Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TERRELL CROSS,** | C 07-3941 WHA |
| Petitioner, | **RESPONDENT'S APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE RESPONSE** |
| v. | |
| **D.K. SISTO,** Warden | |
| Respondent. | |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent respectfully requests that this Court grant a first enlargement of time, to and including December 28, 2007, to file an answer or other response in this case.

The reasons for this request are set forth in the accompanying Declaration of Counsel. Wherefore, respondent respectfully requests that this Court grant this application for an enlargement of time to prepare and file the answer.

APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONSE - *Cross v. Sisto, Warden* - C 07-3941 WHA

1

1   Dated:  October 30, 2007

2   Respectfully submitted,

3   EDMUND G. BROWN JR.
    Attorney General of the State of California

4   DANE R. GILLETTE
    Chief Assistant Attorney General

5   GERALD A. ENGLER
    Senior Assistant Attorney General

6

7   PEGGY S. RUFFRA
    Supervising Deputy Attorney General

8   /s/ Dorian Jung
    DORIAN JUNG
9   Deputy Attorney General

10  Attorneys for Respondent

APPLICATION FOR  ENLARGEMENT OF TIME TO FILE RESPONSE - *Cross v. Sisto, Warden* - C 07-3941 WHA

2

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: **CROSS v. SISTO, Warden**

No.: **C 07-3941 WHA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 30, 2007, I served the attached

RESPONDENT'S APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE RESPONSE

DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE RESPONSE

ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, California  94102-7004, addressed as follows:

Terrell Cross
T-88155/3-230L
Solano State Prison
P.O. Box 4000
Vacaville, CA  95696

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 30, 2007, at San Francisco, California.

|  |  |
|---|---|
| D. Desuyo | /s/ D. Desuyo |
| Declarant | Signature |