1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | DORIAN JUNG
Deputy Attorney General
6 | State Bar No. 200116
 455 Golden Gate Avenue, Suite 11000
7 | San Francisco, CA 94102-7004
 Telephone: (415) 703-1342
8 | Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TERRELL CROSS,** | C 07-3941 WHA |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE RESPONSE** |
| v. | |
| **D.K. SISTO,** Warden | |
| Respondent. | |

I, DORIAN JUNG, declare under penalty of perjury as follows:

1.  I am a Deputy Attorney General for the State of California and am admitted to practice law in this State and before this Court. I have been assigned to represent respondent in this matter.

2.  The present due date for respondent's answer is October 29, 2007.

3.  I request an enlargement of time to and including December 28, 2007.

4.  I need additional time to file an answer due to time constraints caused by other pending cases. In the past 60 days, I have filed respondent's briefs in *People v. Fickes* (H030187), *People v. West* (A117347), and *People v. Britton* (A115105), respondent's supplemental brief in

DECL. OF COUNSEL IN SUPP. OF APP. FOR EXT. OF TIME TO FILE RESPONSE - C 07-3941 WHA

1

*People v. Salman* (A115105), respondent's petition for rehearing in *Busch v. Woodford* (06-16154), respondent's points and authorities in *Byrd v. Horel* (C07-0355) and *Williams v. Horel* (C07-04269), opposition to petition for writ of certiorari in *Smith v. California* (07-5272), and real party in interest's opposition in *Acosta v. Superior Court* (A118794).

    5.    Petitioner is not represented by counsel.

    6.    For the reasons stated, I respectfully request that the Court grant respondent's application for an enlargement of time, to and including December 28, 2007, in which to file the answer to the petition for writ of habeas corpus and relevant portions of the state record.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at San Francisco, California on October 30, 2007.

/s/ Dorian Jung
DORIAN JUNG
Deputy Attorney General