IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TERRELL CROSS,** | C 07-3941 WHA |
| Petitioner, | |
| v. | **ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER** |
| **D.K. SISTO,** Warden | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including December 28, 2007, to file an answer to the petition for writ of habeas corpus.

DATED: _____

_____
WILLIAM H. ALSUP
United States District Judge