EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
DORIAN JUNG
Deputy Attorney General
State Bar No. 200116
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1342
  Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TERRELL CROSS,** | C 07-3941 WHA |
| Petitioner, | **RESPONDENT'S APPLICATION FOR SECOND ENLARGEMENT OF TIME TO FILE RESPONSE** |
| v. | |
| **D.K. SISTO,** Warden | |
| Respondent. | |

     Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent respectfully requests that this Court grant a second enlargement of time, to and including February 26, 2008, to file an answer or other response in this case.

     The reasons for this request are set forth in the accompanying Declaration of Counsel. Wherefore, respondent respectfully requests that this Court grant this application for an enlargement of time to prepare and file the answer.

1 | Dated: December 19, 2007

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Dorian Jung
DORIAN JUNG
Deputy Attorney General

Attorneys for Respondent

APPLICATION FOR SECOND ENLARGEMENT OF TIME TO FILE ANSWER - C 07-3941 WHA

2