IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TERRELL CROSS,**<br><br>                        Petitioner,<br><br>   v.<br><br>**D.K. SISTO,** Warden<br><br>                        Respondent. | C 07-3941 WHA<br><br>**ORDER GRANTING SECOND ENLARGEMENT OF TIME TO FILE ANSWER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including February 26, 2008, to file an answer to the petition for writ of habeas corpus.

DATED: _____

                                              WILLIAM H. ALSUP
                                              United States District Judge