# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Cross v. Sisto, Warden**

No.:  **C 07-3941 WHA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On December 19, 2007, I served the attached **RESPONDENT'S APPLICATION FOR SECOND ENLARGEMENT OF TIME TO FILE RESPONSE; DECLARATION OF COUNSEL; PROP. ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Terrell Cross
T-88155 / 3-230L
Solano State Prison
P.O. Box 4000
Vacaville, CA 95696

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 19, 2007, at San Francisco, California.

| D. Desuyo | /s/ D. Desuyo |
|---|---|
| Declarant | Signature |

40198658.wpd