IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED
JAN 10 AM 10: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CROSS,<br><br>                   Petitioner,<br>v.<br><br>D.K. SISTO, Warden<br><br>                   Respondent. | C 07-3941 WHA<br><br>**ORDER GRANTING SECOND ENLARGEMENT OF TIME TO FILE ANSWER** |

      GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including February 26, 2008, to file an answer to the petition for writ of habeas corpus.

DATED: 1-7-08

WILLIAM H. ALSUP
United States District Judge

ORDER GRANTING SECOND ENLARGEMENT OF TIME TO FILE ANSWER - C 07-3941 WHA