# EXHIBIT A

# CALIFORNIA APPELLATE COURTS

### Case Information



Supreme
Court

Welcome

Search

E-mail

Calendar

Help

Opinions

C|C
home

## Supreme Court

Court data last updated: 02/21/2008 12:53 PM

Change court

**Case Summary    Docket    Briefs
Disposition    Parties and Attorneys    Lower Court**

## Docket (Register of Actions)

**PEOPLE v. CROSS**
**Case Number S129273**

| Date | Description | Notes |
|------|-------------|-------|
| 11/17/2004 | Record requested | |
| 11/17/2004 | Petition for review filed | by counsel for aplt. (Terrell A. Cross) |
| 12/03/2004 | Received Court of Appeal record | file jacket/briefs/sealed envelope/two accordian files |
| 12/10/2004 | Change of contact information filed for: | atty Donald Tickle |
| 01/12/2005 | Petition for review denied | |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# EXHIBIT B

MC-275

Name *TERRELL A. CROSS*

Address *CSP SACRAMENTO*

*P.O. BOX 290066*

*REPRESA CALIFORNIA 95671*

CDC or ID Number *T-88155*

# FILED
## ALAMEDA COUNTY

JUL 2 7 2005

CLERK OF THE SUPERIOR COURT
By _____
Deputy

## SUPERIOR COURT OF ALAMEDA COUNTY
### (Court)

*TERRELL A CROSS*
Petitioner

vs.

*SCOTT KERNAN Warden*
Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. *140163*

(To be supplied by the Clerk of the Court)

## INSTRUCTIONS — READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies.

- If you are filing this petition in the California Supreme Court, file the original and thirteen copies.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

JUL 27 2005

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court (as amended effective January 1, 1999). Subsequent amendments to Rule 44(b) may change the number of copies to be furnished the Supreme Court and Court of Appeal.

Page one of six

# EXHIBIT C

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA          Dept. No. 9

Date: July 27, 2005          Hon. LARRY J. GOODMAN, Judge          Fil R. Cruz, Deputy Clerk.
                                                                  Not Reported, Reporter

| THE PEOPLE OF THE STATE OF CALIFORNIA | Counsel appearing for Plaintiff | No Appearance |
|---|---|---|
| Plaintiff | | |
| vs. | Counsel appearing for Defendant | No Appearance |
| TERRELL CROSS | Probation Officer appearing | No. Appearance |
| Defendant | | |

Nature of Proceedings:  ORDER OF THE COURT
                        REGARDING: PETITION FOR WRIT OF HABEAS CORPUS

                                        Case No.  140163
                                        PFN:    ARS671
                                        CEN:    9310003

Petition for writ of habeas corpus is denied.  Petition fails to state a prima facie case for relief.


### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served **ORDER OF THE COURT** by placing copies in envelopes addressed as shown below and then by sealing and placing them for collection. stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.


Terrell Cross
T-88155
CSP Sacramento
P.O. Box 2890066
Represa, California
95671


Dated:  August 8, 2005


By: _____
        Fil R. Cruz, Deputy Clerk


Writ ~ Cross, Terrell

# EXHIBIT D

# CALIFORNIA APPELLATE COURTS
### Case Information



| Welcome | **1st Appellate District** | Change court 🔽 |

Search    Court data last updated: 02/21/2008 11:05 AM

E-mail

Calendar         **Case Summary    Docket    Scheduled Actions    Briefs**
                 **Disposition    Parties and Attorneys    Trial Court**

Help

Opinions

C|C
home

## Docket (Register of Actions)

**In re Cross on Habeas Corpus.**
**Division 1**
**Case Number A111345**

| Date | Description | Notes |
|------|-------------|-------|
| 09/13/2005 | Petition for a writ of habeas corpus filed. | |
| 09/14/2005 | Order denying petition filed. | m,s,mg |
| 09/14/2005 | Case complete. | |
| 01/22/2007 | Shipped to state retention center, box # / list #: | L241 |

**Click here to request automatic e-mail notifications about this case.**

© 2007 Judicial Council of California

# EXHIBIT E

# CALIFORNIA APPELLATE COURTS

### Case Information



| | |
|---|---|
| Supreme Court | **Supreme Court** |
| Welcome | Court data last updated: 02/21/2008 10:53 AM |
| Search | |
| E-mail | **Case Summary   Docket   Briefs** |
| Calendar | **Disposition   Parties and Attorneys   Lower Court** |
| Help | **Docket (Register of Actions)** |
| Opinions | CROSS (TERRELL A.) ON H.C. |

Change court 🔽

**Docket (Register of Actions)**

**CROSS (TERRELL A.) ON H.C.**
**Case Number S137621**

| Date | Description | Notes |
|---|---|---|
| 09/29/2005 | Petition for writ of habeas corpus filed | By petitioner (Terrell Cross) in pro per |
| 07/19/2006 | Petition for writ of habeas corpus denied | Petition for writ of habeas corpus is DENIED. (See In re Swain (1949) 34 Cal.2d 300, 304; People v. Duvall (1995) 9 Cal.4th 464, 474.) |

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California

# EXHIBIT F

# CALIFORNIA APPELLATE COURTS

### Case Information



| Welcome | **1st Appellate District** | |
|---|---|---|
| | | Change court |
| Search | Court data last updated: 02/21/2008 11:05 AM | |

**Case Summary   Docket   Scheduled Actions   Briefs**
**Disposition   Parties and Attorneys   Trial Court**

## Docket (Register of Actions)

**In re Cross on Habeas Corpus.**
**Division 1**
**Case Number A116494**

| Date | Description | Notes |
|---|---|---|
| 01/23/2007 | Petition for a writ of habeas corpus filed. | |
| 01/30/2007 | Order denying petition filed. | The petition for writ of habeas corpus is denied without prejudice to petitioner seeking relief in the first instance in the County of Alameda Superior Court. 1225 Fallon Street, Oakland, California 94612. (m,s,sw) |
| 01/30/2007 | Case complete. | |

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California

Welcome
Search
E-mail
Calendar
Help
Opinions

C|C
home

# EXHIBIT G

MC-275

Name _TERRELL CROSS_

Address _CSP - SOLANO_

_P. O. BOX 4000_

_VACAVILLE, CA. 95696-4000_

CDC or ID Number _T 88155_

F I L E D
ALAMEDA COUNTY

MAR 0 6 2007

CLERK OF THE SUPERIOR COURT
By_____
                              Deputy

## _SUPERIOR COURT OF THE STATE OF CALIFORNIA_
## _COUNTY OF ALAMEDA_
(Court)

_TERRELL CROSS_
Petitioner

vs.

_D. K. SISTO, WARDEN_
Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. _140163_

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

# EXHIBIT H

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**     Dept. No. 9

Date: March 6, 2007          Hon. LARRY J. GOODMAN, Judge          Fil R. Cruz, Deputy Clerk.
                                                                   Not Reported, Reporter

---

| | | |
|---|---|---|
| IN RE | | |
| TERRELL A CROSS | Counsel appearing<br>for Petitioner | No Appearance |
| Petitioner | | |
| vs. | Counsel appearing<br>for Respondent | No Appearance |
| PEOPLE OF THE STATE OF CALIFORNIA | | |
| Respondent | | |

---

Nature of Proceedings:  **ORDER OF THE COURT**
**REGARDING PETITION FOR WRIT OF HABEAS CORPUS**

                              **Case No.  140163**
                              **PFN:   ARS761**
                              **CEN:  9310003**

This Court having reviewed the Petition for Writ of Habeas Corpus filed on March 6, 2007, hereby orders:
Petition for writ of habeas corpus is denied. The Petition fails to state a prima facie case for relief. Taking the
Petitioner claims in order, (1) the Petitioner fails to provide sufficient and substantiated information regarding the
exclusion of the 9mm handgun. Further, from the Court's review of the record, there was no error by the trial court
in excluding evidence regarding the 9mm handgun being used in a previous murder. That fact, if it was a fact,
would not be dispositive of what occurred on the day of the shooting. Petitioner testified and fully explained his
version of the events and why he acted the way he did. If the exclusion was error it was not prejudicial to the
outcome of the case; (2) this Court lacks jurisdiction over any rulings by the Appellate Court; (3) there is no basis
for Petitioner's claim that he was denied a trial by an impartial jury.  The racial make-up of the jury pool or the jury
itself does not establish the lack of impartially of the jury; (4) Petitioner has failed to meet his burden of establishing
that his trial or appellate counsel was ineffective.  Petitioner has not shown that his counsel's conduct, (trial or
appellate), failed to conform to an objective standard of reasonable competence.  Petitioner has also failed to
demonstrate that this counsel's (trial or appellate) acts or omissions prejudiced the Petitioner; (5) There is no basis
for he claim of Prosecutorial misconduct; (6) see #4.

### CLERK'S CERTIFICATE OF MAILING
I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause.
I served **ORDER OF THE COURT** by placing copies in envelopes addressed as shown below and then by sealing
and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below,
in the United States mail at Alameda County, California, following standard court practices.


Terrell Cross
CDC or ID Number T88155
CSP - Solano
P.O. Box 4000
Vacaville, CA 95696-4000


Dated:  March 7, 2007

By: _____
         Fil R. Cruz, Deputy Clerk

Enclosed as stated above

# EXHIBIT I

# CALIFORNIA APPELLATE COURTS
### Case Information



| Welcome | **1st Appellate District** | Change court ☑ |
|---|---|---|
| Search | Court data last updated: 02/21/2008 11:05 AM | |

**Case Summary    Docket    Scheduled Actions    Briefs
Disposition    Parties and Attorneys    Trial Court**

## Docket (Register of Actions)

**In re Cross on Habeas Corpus.**
**Division 1**
**Case Number A117224**


C|C
home

| Date | Description | Notes |
|---|---|---|
| 04/02/2007 | Petition for a writ of habeas corpus filed. | |
| 04/18/2007 | Order denying petition filed. | |
| 04/18/2007 | Case complete. | |
| 05/03/2007 | Service copy of petition for review received. | |
| 05/11/2007 | Record transmitted to Supreme Court. | |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# EXHIBIT J

# CALIFORNIA APPELLATE COURTS
## Case Information



| Supreme Court | **Supreme Court** | | Change court ⊡ |

Court data last updated: 02/21/2008 10:53 AM

Welcome

Search

**Case Summary    Docket    Briefs**
**Disposition    Parties and Attorneys    Lower Court**

E-mail

Calendar

## Docket (Register of Actions)

Help

**CROSS (TERRELL) ON H.C.**
**Case Number S152280**

Opinions

| Date | Description | Notes |
|------|-------------|-------|
| 04/30/2007 | Petition for review filed | Terrell Cross, petitioner in pro per. |
| 05/02/2007 | Record requested | |
| 05/10/2007 | Received Court of Appeal record | accordian file |
| 06/20/2007 | Petition for review denied | |

C|C
home

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California