**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CROSS, | No. C 07-3941 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. K. SISTO, Warden, | |
| Respondent. / | |

    Pursuant to the court's order entered today, judgment is entered in favor of respondent and against petitioner. Petitioner shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: September 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\CROSS3941.JUD.wpd